STATE OF NEW JERSEY, DEPARTMENT OF LAW AND PUBLIC
SAFETY, DIVISION OF GAMING ENFORCEMENT v.
LAWRENCE MERLINO.

May 28, 1987.

Petition for certification granted.   (See 216 *N.J.Super.* 579)

STATE OF NEW JERSEY v. TRACY ANDERSON.

May 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. CEVAT AYCIBIN.

May 28, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. DANIEL F. WILSON.

May 28, 1987.

Petition for certification denied.